IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10-cv-02417-WJM-BNB

DEAN GATES,

    Plaintiff,
v.

SHARON PHILLIPS, P.A.,
SGT. JOSEPH SINGLETON,
DR. WORMER,
LAURIE O'NEAL,
P.A. J. HOOKER,
J. WESCOT, and
ALL NURSES OVERSEEING MY CARE FROM 12-3-08 TIL 12-27-08

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 15 2011

GREGORY C. LANGHAM
                CLERK

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*.

It is hereby ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

It is FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure

after service of process on the defendants.

Dated this 15th day of March, 2011

BY THE COURT:

s/ William J. Martínez
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02417-WJM-BNB

Dean Gates
Prisoner No. 118740
Fort Lyon Correctional Facility
PO Box 1000
Fort Lyon, CO 81038

Sharon Phillips, Sgt. Joseph Singleton, Dr. Wormer,
Laurie O'Neal, P.A. J. Hooker, and J. Wescot - **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the to Keith Nordell for service of process on Sharon Phillips, Sgt. Joseph Singleton, Dr. Wormer, Laurie O'Neal, P.A. J. Hooker, and J. Wescot: AMENDED COMPLAINT FILED 1/04/11, ORDER FILED 3/09/11, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/15/11   .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk